*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 13
William T Hynes
Debtor(s)  Bankruptcy No: 10–21011–ref

***O R D E R***

AND NOW, this April 7, 2010 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Chapter 13 Plan due by 04/21/2010.
> Proper Form of Petition due 4/21/2010
> Statement of Current Monthly Income due 04/21/2010.
> Schedules A–J due 04/21/2010.
> Statement of Financial Affairs due 04/21/2010.
> Summary of schedules due 04/21/2010.
> Statistical Summary of Certain Liabilities due 04/21/2010.

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007–2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 4/21/10 .

By the Court

Richard E. Fehling
Judge , United States Bankruptcy Court

7
Form 131