# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re: William T Hynes                    :         Chapter 13

                                          :         Bankruptcy No. 10-21011
    Debtor(s)

## ORDER DISMISSING CASE

**AND NOW,** to wit this **19** day of May, 2010, Debtors, have failed to timely file the documents required by the court order dated April 7, 2010, this case be and the same is hereby **DISMISSED.**

_____

RICHARD E. FEHLING

UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:

Attorney Disclosure Statement
Chapter 13 Plan
Statement of Current Monthly
Schedules A-J
Statement of Financial Affairs
Summary of schedules
Statistical Summary of Certain Liabilities
Proper Form of Petition